FILED

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0148

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0148

_____

IN THE MATTER OF:

M.J.D.,                                                            O R D E R

      A Youth in Need of Care.

_____

Appellant mother of M.J.D. was granted an extension of time to file and serve her opening brief on or before July 31, 2020. Appellant mother was advised that no further extensions of time would be granted. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than August 31, 2020. No further extensions will be granted. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2020